AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Montana

RECEIVED
2023 JUL 28 PM 3:03
US MARSHALS SERVICE
MISSOULA, MT

United States of America
v.
Jeremiah Lawrence Lescantz

)
)
)   Case No.   MJ 23-53 -M-KLD
)
)
)

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jeremiah Lawrence Lescantz                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 924(c) Possession of a Firearm in Furtherance of a Drug Trafficking Crime

21 U.S.C. 846 Conspiracy to Possess with the Intent to Distribute Controlled Substances

21 U.S.C. 841(a)(1) Possession with the Intent to Distribute Controlled Substances


Date:   07/28/2023

                                                        *Issuing officer's signature*

City and state:   Missoula, Montana           Kathleen L. DeSoto, U.S. Magistrate Judge
                                                        *Printed name and title*

### Return

This warrant was received on *(date)* 7-28-2023 , and the person was arrested on *(date)* 7-28-2023
at *(city and state)* Missoula, MT                .

Date:   07/28/2023

                                                        *Arresting officer's signature*

                                                        Andrew Allard, DEA Task Force Officer
                                                        *Printed name and title*