

FILED

AUG 2 3 2023

Clerk, U.S. District Court
District Of Montana
Missoula

**TARA J. ELLIOTT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**101 E. Front Street, Suite 401**
**Missoula, MT 59802**
**P.O. Box 8329**
**Missoula, MT 59807**
**Phone: (406) 542 8851**
**FAX: (406) 542 1476**
**Email: tara.elliott@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br>**JEREMIAH LAWRENCE LESCANTZ,**<br>**KEVIN DEAN MCLEOD, and**<br>**HUNTER DAWN KANENWISHER,**<br><br>**Defendants.** | CR 23- 37 -M- DWM<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 1)**<br>**Title 21 U.S.C. § 846**<br>**(Penalty for methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release;**<br>**Penalty for cocaine: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)** |

**POSSESSION WITH INTENT TO
DISTRIBUTE CONTROLLED
SUBSTANCES (Count 2)**
**Title 21 U.S.C. § 841(a)(1)**
**Title 18 U.S.C. § 2**
**(Penalty for methamphetamine: Mandatory
minimum ten years to life imprisonment,
$10,000,000 fine, and at least five years of
supervised release;**
**Penalty for cocaine: Mandatory minimum
five to 40 years of imprisonment, $5,000,000
fine, and at least four years of supervised
release)**

**DISTRIBUTION OF
METHAMPHETAMINE (Counts 3-7)**
**Title 21 U.S.C. § 841(a)(1)**
**Title 18 U.S.C. § 2**
**(Penalty: Counts 3 through 5: Mandatory
minimum five to 40 years of imprisonment,
$5,000,000 fine, and at least four years of
supervised release;**
**Counts 6 and 7: Mandatory minimum ten
years to life imprisonment, $10,000,000 fine,
and at least five years of supervised release)**

**POSSESSION OF A FIREARM IN
FURTHERANCE OF A DRUG
TRAFFICKING CRIME (Count 8)**
**Title 18 U.S.C. § 924(c)(1)(A)(i)**
**(Penalty: Mandatory minimum five years to
life imprisonment, consecutive to any other
sentence, $250,000 fine, and five years of
supervised release)**

**FORFEITURE**
**Title 21 U.S.C. §§ 853, 881**
**Title 18 U.S.C. § 924(d)**

**TITLE 21 PENALTIES MAY BE
ENHANCED FOR PRIOR DRUG-
RELATED FELONY CONVICTIONS**

THE GRAND JURY CHARGES:

## COUNT 1

That in or about March 2023, and continuing until on or about July 27, 2023, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, JEREMIAH LAWRENCE LESCANTZ, KEVIN DEAN MCLEOD, and HUNTER DAWN KANENWISHER, knowingly and unlawfully conspired with each other and others both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 500 grams or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

On or about July 27, 2023, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, JEREMIAH LAWRENCE LESCANTZ, KEVIN DEAN MCLEOD, and HUNTER DAWN KANENWISHER, knowingly and unlawfully possessed with the intent to distribute, 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 500 grams or more of

cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 3

On or about March 31, 2023, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, JEREMIAH LAWRENCE LESCANTZ and KEVIN DEAN MCLEOD, knowingly and unlawfully distributed, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4

On or about April 4, 2023, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, JEREMIAH LAWRENCE LESCANTZ and KEVIN DEAN MCLEOD, knowingly and unlawfully distributed, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 5

On or about May 4, 2023, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, JEREMIAH LAWRENCE LESCANTZ and KEVIN DEAN MCLEOD, knowingly and unlawfully

distributed, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 6

On or about May 26, 2023, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, JEREMIAH LAWRENCE LESCANTZ and KEVIN DEAN MCLEOD, knowingly and unlawfully distributed, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 7

On or about June 8, 2023, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, JEREMIAH LAWRENCE LESCANTZ and KEVIN DEAN MCLEOD, knowingly and unlawfully distributed, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 8

On or about July 27, 2023, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, JEREMIAH LAWRENCE LESCANTZ, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely

conspiracy to distribute controlled substances and possession with the intent to distribute controlled substances, as alleged in counts 1 and 2 above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in counts 1 through 7 in this indictment, the defendants, JEREMIAH LAWRENCE LESCANTZ, KEVIN DEAN MCLEOD, and HUNTER DAWN KANENWISHER, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

Upon conviction of the offense set forth in count 8 in this indictment, the defendant, JEREMIAH LAWRENCE LESCANTZ, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

//

6

A TRUE BILL.

Foreperson signature redacted. Original
document filed under seal.
_____
FOREPERSON

For JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

7