IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMIAH LAWRENCE LESCANTZ,<br><br>Defendant. | CR 21–26–M–DWM<br><br><br>ORDER |

    United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on October 30, 2023. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

    Judge DeSoto recommended this Court accept Jeremiah Lawrence Lescantz's guilty plea after Lescantz appeared before her pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of conspiracy

1

to distribute controlled substances in violation of 21 U.S.C. § 846 (Count I), as set forth in the Indictment.  Defendant further agrees to the forfeiture allegation in the Indictment.  In exchange for Defendant's plea, the United States has agreed to dismiss Counts II through VIII of the Indictment.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 75), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing, when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jeremiah Lawrence Lescantz's motion to change plea (Doc. 56) is GRANTED.  Jeremiah Lawrence Lescantz is adjudged guilty as charged in Count I of the Indictment.

DATED this 14th day of November, 2023.

_____
Donald W. Molloy, District Judge
United States District Court